DOCUMENTS UNDER SEAL ☐      TOTAL TIME (mins): 3 min

| MAGISTRATE JUDGE | DEPUTY CLERK | | REPORTER/FTR | |
|---|---|---|---|---|
| **MINUTE ORDER** | Brenda Tolbert | | 9:49 - 9:52 | |
| MAGISTRATE JUDGE | DATE | | NEW CASE | CASE NUMBER |
| HON. MARIA-ELENA JAMES | July 31, 2008 | | ☐ | 3-08-70469 MEJ |

**APPEARANCES**

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. ☒ RET. ☐ |
|---|---|---|---|---|---|
| FARID HUMBERTO TEJADA BERRIOS | 37 | Y | P | Elizabeth Falk | APPT. ☐ |

| U.S. ATTORNEY | INTERPRETER | | FIN. AFFT ☐ | COUNSEL APPT'D |
|---|---|---|---|---|
| Matt McCarthy | | | SUBMITTED | ☐ |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR ☐ | PARTIAL PAYMENT ☐ |
|---|---|---|---|
| | Josh Libby | APPT'D COUNSEL | OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ DETENTION HRG NOT HELD | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

**FILED**

**INITIAL APPEARANCE**

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

JUL 3 1 2008

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|
| ☐ CASH $ | | |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: 8-8-08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 9:30 A.M. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. BZ | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Detn/Findings Waived w/o Prejudice

BT, PTS, SIMONE, KAREN